UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 08-302 (FSH) |
| v. | : | |
| | : | **ORDER** |
| STEPHEN LASHER | : | |
| Defendant. | : | |

This matter having come before the Court by the Bureau of Prisons for clarification of the October 15, 2008 Judgment of Conviction,

**IT IS** on this 27th day of May, 2010,

**ORDERED** that no later than Monday, June 14, 2010, the Government, Bureau of Prisons and Defense Counsel submit a letter brief, not to exceed 5 pages each, citing relevant case law on whether the Court has the authority to sentence a Defendant to a term of home confinement in excess of six (6) months.

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Faith S. Hochberg
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge