UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 08-302 (FSH) |
| STEPHEN LASHER | : | ORDER |

    This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), and Stephen Lasher (by his attorneys Michael Critchley, Esq. and Edmund DeNoia, Esq.) for an order amending the judgment of conviction entered by the Court on October 15, 2008:

    **IT IS** on this 12th day of August, 2010,

    **ORDERED** that the portion of the sentence imposing a term of imprisonment of 51 months on Stephen Lasher – 26 months of imprisonment and 25 months of home confinement – is vacated; it is further

    **ORDERED** that Stephen Lasher is to be imprisoned for 26 months; it is further

    **ORDERED** that the original term of supervised release of 5 years shall be extended to 7 years and 1 month, the first 25 months of which will require Stephen Lasher to be confined to his home subject to the same conditions imposed by the Court on October 15, 2008; and it is further

    **ORDERED** that all other portions of the judgment of conviction entered by the Court on October 15, 2008 shall remain in full force and effect.

                                                   s/ Faith S. Hochberg
                                                  HON. FAITH S. HOCHBERG
                                                  United States District Judge